1 FISHER & PHILLIPS LLP
MARK J. RICCIARDI, ESQ.
2 Nevada Bar No. 3141
HOLLY E. WALKER. ESQ.
3 Nevada Bar No. 14295
4 300 S. 4th St., Ste. 1500
Las Vegas, NV 89101
5 Telephone: (702) 252-3131
mricciardi@fisherphillips.com
6 hwalker@fisherphillips.com
7 Attorney for Defendant,
Tropicana Las Vegas

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL NO. 537, AFL-CIO,<br><br>Plaintiff,<br><br>v.<br><br>TROPICANA LAS VEGAS, INC. d/b/a TROPICANA LAS VEGAS,<br><br>Defendant. | Case No. 2:18-cv-02366<br><br>**STIPULATION AND ORDER** |

IT IS HEREBY STIPULATED AND AGREED that Defendant will have an extension of time up to and including January 22, 2019, to answer or otherwise respond to Plaintiff's Complaint (ECF No. 1) on file herein. Defense counsel was recently retained and needs additional time to review the matter.

. . .

. . .

. . .

. . .

. . .

. . .

This is the first request for an extension.

| THE URBAN LAW FIRM | FISHER PHILLIPS |
|---|---|
| By: */s/ Michael A. Urban*<br>Michael A. Urban, Esq.<br>4270 S. Decatur Blvd., Ste. A-9<br>Las Vegas, NV 89103<br>Attorneys for Plaintiff | By: */s/ Mark J. Ricciardi*<br>Mark J. Ricciardi, Esq.<br>Holly E. Walker, Esq.<br>300 S. 4th St., Ste. 1500<br>Las Vegas. NV 89101<br>Attorneys for Defendant |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

Dated: January 8, 2019

DATED this 7th day of January, 2019.

    FISHER & PHILLIPS LLP

    */s/ Mark J. Ricciardi*
    Mark J. Ricciardi, Esq.
    Holly E. Walker, Esq.
    300 S. 4th St., Ste. 1500
    Las Vegas, Nevada 89101
    Attorneys for Defendant

FISHER & PHILLIPS LLP
300 S. Fourth Street, Suite 1500
Las Vegas, Nevada 89101

FPDOCS 34880904.1

- 2 –