FISHER & PHILLIPS LLP
MARK J. RICCIARDI, ESQ.
Nevada Bar No. 3141
HOLLY E. WALKER. ESQ.
Nevada Bar No. 14295
300 S. 4th St., Ste. 1500
Las Vegas, NV 89101
Telephone: (702) 252-3131
mricciardi@fisherphillips.com
hwalker@fisherphillips.com
Attorney for Defendant,
Tropicana Las Vegas, Inc.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL NO. 357, AFL-CIO<br><br>Plaintiff,<br><br>v.<br><br>TROPICANA LAS VEGAS, INC. d/b/a TROPICANA LAS VEGAS,<br><br>Defendant. | Case No. 2:18-cv-02366-APG-CWH<br><br>**STIPULATION AND ORDER FOR DISMISSAL** |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties' respective counsel of record, as follows:

1) That Defendant Tropicana Las Vegas, Inc. withdraw its Motion to Set Aside the Clerk's Entry of Default and Motion for Leave to File Answer (ECF No. 10);

2) That this Court set aside the Clerk's Entry of Default (ECF No. 9), pursuant to Fed. R. Civ. P. 55; and

///

///

///

3) That this matter be dismissed without prejudice, with each party to bear its own attorney's fees and costs.

| THE URBAN LAW FIRM | FISHER & PHILLIPS LLP |
|---|---|
| By: */s/ Michael A. Urban, Esq.* <br> Michael A. Urban, Esq. <br> 4270 South Decatur Boulevard, Suite A-9 <br> Las Vegas, NV 89103 <br> Attorneys for Plaintiff | By: */s/ Mark J. Ricciardi, Esq.* <br> Mark J. Ricciardi, Esq. <br> Holly E. Walker, Esq. <br> 300 S. Fourth Street <br> Suite 1500 <br> Las Vegas, NV 89101 <br> Attorneys for Defendant |

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
Dated: March 7, 2019.

FPDOCS 35100448.1

FISHER & PHILLIPS LLP
300 S. Fourth Street, Suite 1500
Las Vegas, Nevada 89101